UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NAZARIO HERNANDEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FRANKLIN CREDIT MANAGEMENT CORPORATION and DEUTSCHE BANK NATIONAL COMPANY, as trustee for Bosco Credit II Trust Series 2010-1,<br><br>　　　　　　Defendants. | CASE NO. C19-0120-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's motion for withdrawal of reference to bankruptcy court (Dkt. No. 1 at 4–7). The Honorable Timothy W. Dore, United States Bankruptcy Judge, recommended that this Court wait to rule on Plaintiff's motion pending the outcome of Defendant's motion to dismiss Plaintiff's adversary proceeding. (*Id*. at 21–23.) On February 7, 2019, Judge Dore dismissed Plaintiff's adversary proceeding with prejudice, and Plaintiff has appealed that decision to this Court. *See Hernandez v. Franklin Credit Mgmt. Corp.*, C19-0207-JCC, Dkt. No. 1 (W.D. Wash. 2019). As Plaintiff's underlying adversary proceeding has concluded and the Court will review Plaintiff's case in its appellate capacity, Plaintiff's motion for withdrawal of the reference is DENIED as moot.

//

1       DATED this 28th day of February 2019.

A

John C. Coughenour
UNITED STATES DISTRICT JUDGE